

April 24, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Curlten Otidubor,*
               19-cr-00291-12 (*United States v. Adelekan, et. al.*)

Dear Judge Preska:

      I represent Curlten Otidubor in the above-captioned matter and write to request a one-week adjournment of the deadline for the submission of pre-trial motions.  Mr. Otidubor's motions are currently due today, April 24, 2020.  I respectfully request permission to file any motions by next Friday, May 1, 2020.  My office has been very busy drafting and filing emergency motions on behalf of several incarcerated clients who are at high risk for serious complications from COVID-19, and thus I would appreciate this additional time to consider whether to file motions on Mr. Otidubor's behalf.  I have consulted with counsel for the Government and they have no objection to this request.

      I appreciate the Court's consideration of this matter.

The extension request is granted.
SO ORDERED.
Dated: April 27, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

      Very truly yours,

      /s/ Kristen M. Santillo
      _____
      Kristen M. Santillo

      CC:   AUSAs Daniel Wolf and Rebecca Dell