

January 30, 2021

**VIA ECF**

The Honorable Loretta A. Preska, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      *Re: United States v. Adelekan, 1:19-cr-00291-LAP*

Dear Judge Preska:

      On January 3, 2020, I was appointed to represent Defendant Curleton Otidubor as CJA counsel. I write to respectfully request that associate counsel be appointed to assist me in the case. Specifically, I write to request that <u>Samuel Steinbock-Pratt, an Associate and fulltime employee at my firm, be approved to work for an initial amount of up to</u> <u>75</u> <u>hours at a rate of $110 per hour.</u> As set forth in his attached resume, Mr. Steinbock-Pratt is an attorney who graduated from McGill University and New York University School of Law, worked as an appellate public defender at the Center for Appellate Litigation, and clerked for two federal judges, which included work on criminal matters.

      Mr. Otidubor is one of 12 defendants charged in a complex money laundering and wire fraud conspiracy case. <u>We seek associate assistance of up to</u> <u>75</u> <u>hours to assist with the review of discovery and prepare for the upcoming trial, currently scheduled for May 25, 2021</u>. The voluminous discovery includes bank statements and transaction histories spanning multiple accounts and aliases, extensive phone records and other digital communications, and forensic images of Mr. Otidubor's cell phone and devices associated with his codefendants. I believe that Mr. Steinbock-Pratt's assistance is necessary to efficiently review the discovery and to represent Mr. Otidubor effectively.

      Thank you for your consideration.

Sincerely,

/s/ Kristen M. Santillo

Kristen M. Santillo

```
The underlined requests above are
approved.

SO ORDERED.

Dated:    February 1, 2021
          New York, New York
```

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371