

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2021

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Abiola Olajumoke*, 19 Cr. 291 (LAP)

Dear Judge Preska:

The parties respectfully request the Court adjourn the conference in the above-referenced matter scheduled for February 22, 2021. That conference was scheduled so the Court could consider any pretrial motion filed by defendant Abiola Olajumoke, but the defendant has not filed and does not plan to file any pretrial motion. Accordingly, the parties jointly request the February 22 conference be adjourned.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Daniel H. Wolf / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2337 / 2198

cc:   Joshua L. Dratel, Esq. (by ECF)