

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2021

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States v. Abiola Olajumoke*, 19 Cr. 291 (LAP)

Dear Judge Preska:

  The parties respectfully request the Court adjourn the conference in the above-referenced matter scheduled for February 22, 2021. That conference was scheduled so the Court could consider any pretrial motion filed by defendant Abiola Olajumoke, but the defendant has not filed and does not plan to file any pretrial motion. Accordingly, the parties jointly request the February 22 conference be adjourned.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney

         By: /s/
           Daniel H. Wolf / Rebecca T. Dell
           Assistant United States Attorneys
           (212) 637-2337 / 2198

cc: Joshua L. Dratel, Esq. (by ECF)

```
Counsel shall confer and inform the Court by
letter no later than February 19, 2021 how they
propose to proceed.  In order to allow counsel
time to confer and report, time is excluded from
calculation under the Speedy Trial Act until
February 19, 2021.

SO ORDERED.

Dated:    February 12, 2021
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.