

VIA ECF
The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

February 17, 2021

```
The request to modify the conditions
of pretrial release to permit the
travel referenced below is GRANTED.
SO ORDERED.

Dated:     February 18, 2021
           New York, New York
```

Re: *United States v. Adelekan*, 19-cr-291-LAP

LORETTA A. PRESKA, U.S.D.J.

Dear Judge Preska:

    I write on behalf of defendant Curlten Otidubor to seek a modification of the terms of his pretrial release to allow him to travel to the District of New Jersey for purposes of his employment. Pretrial Services and the Government do not object to this request, as long as it is clear that Mr. Otidubor is only authorized to travel to New Jersey for work purposes without prior authorization.

    On December 17, 2019, Mr. Otidubor was indicted on one count of conspiracy to commit wire fraud. His conditions of pretrial release include the condition that he not travel outside of the Southern and Eastern Districts of New York. Mr. Otidubor seeks to modify the terms of his pretrial release so that he can travel to the District of New Jersey for the purpose of work. Mr. Otidubor is a hairdresser and many of his clients are located in New Jersey. Mr. Otidubor must often drive to them to perform home services and deliver wigs, which makes the ability to travel to New Jersey very important for his business.

    Accordingly, I respectfully request that Your Honor endorse this letter and thereby permit Mr. Otidubor to travel to the District of New Jersey for purposes of his employment. I am happy to address any questions or concerns from the Court.

Very truly yours,

/s/ Kristen M. Santillo
Kristen M. Santillo

CC:    AUSAs Rebecca Dell and Daniel Wolf
           Pretrial Services Officer Dominique Jackson