

August 13, 2021

**VIA ECF**
The Honorable Loretta A. Preska
Southern District of New York
United States Court House
500 Pearl Street, Court Room # 12A
New York, New York 10007

      Re:    *United States v. Curlten Otidubor*
             19-cr-291

Dear Judge Preska:

      On behalf of Curlten Otidubor, I write to request that Mr. Otidubor's appearance be waived for the pretrial conference scheduled for August 20, 2021 at 10:30 a.m., as Mr. Otidubor has a previously-scheduled medical appointment on that date.  I will also be out of state, and therefore request that I be permitted to appear telephonically at the August 20 conference.  Thank you for your consideration.

                              Sincerely,

                              /s/ Kristen M. Santillo
                              Kristen M. Santillo

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska*  8/13/2021

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371