

September 14, 2021

**VIA ECF**
The Honorable Loretta A. Preska
Southern District of New York
United States Court House
500 Pearl Street, Court Room # 12A
New York, New York 10007

      Re:    *United States v. Curlten Otidubor*
                19-cr-291-12

Dear Judge Preska:

      On behalf of defendant Curlten Otidubor, I write to request that the Court permit Mr. Otidubor to join in the motions filed by his co-defendants Abiola Olajumoke, ECF Nos. 299–301, and Oluwaseun Adelekan, ECF No. 303 to the extent that they are applicable. While the Government has not yet informed Mr. Otidubor with which group of defendants he will be tried, Mr. Otidubor respectfully requests the right to make a motion for severance, if necessary, or any other appropriate motion once such information is provided.

                                                  Sincerely,

                                                  /s/ Kristen M. Santillo
                                                  Kristen M. Santillo
                                                  *Attorney for Curlten Otidubor*

SO ORDERED.

*[signature]* 9/17/2021