

December 10, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Adelekan, et al.*, 19-cr-291-LAP

Dear Judge Preska:

I am counsel to defendant Curlten Otidubor in the above-captioned case. I write pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 to seek the Court's permission to withdraw my appearance in this action. I have resigned my position at Gelber & Santillo PLLC, effective December 10, 2021, to begin employment at a public defender office.

Kristen M. Santillo, who was appointed lead counsel for Mr. Otidubor under the Criminal Justice Act and whom I have been assisting, will continue to represent Mr. Otidubor in this matter for all future proceedings, including any upcoming trial or motion practice. Ms. Santillo is fully acquainted with the case and my withdrawal will not delay or impede this action.

I am not asserting any retaining or charging lien. I have provided a copy of this letter to Mr. Otidubor.

Very truly yours,

/s/ Samuel Steinbock-Pratt
Samuel Steinbock-Pratt

Cc: All counsel of record (via ECF)

```
The motion to withdraw is
granted.

SO ORDERED.
```

*Loretta A. Preska*  12/13/2021