

August 12, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
Sentencing is adjourned to
November 16, 2022, at 10 a.m.

SO ORDERED.
       /s/ Loretta A. Preska
                   8/12/2022
```

    Re:    *United States v. Curlten Otidubor,*
             19-cr-00291-12 (*United States v. Adelekan, et. al.*)

Dear Judge Preska:

    I represent defendant Curlten Otidubor in the above-captioned matter, and write to request a 60-day adjournment of Mr. Otidubor's sentencing, currently scheduled for September 14, 2022, to the week of November 14, 2022 (except for November 15, 2022) or later.  I am requesting the adjournment because I have a 2-3 week trial starting in the Southern District of New York on August 22, 2022 and a 3-4 week trial starting in the District of New Jersey on September 19, 2022, which could potentially conflict with the September 14, 2022 sentencing date and will make it difficult to prepare for sentencing.  I have consulted with counsel for the Government and they have objection to my request.

    I appreciate the Court's consideration of this matter.

                                                 Very truly yours,

                                                 /s/ Kristen M. Santillo

                                                 Kristen M. Santillo